UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Allison v. Board of Education of Prince George's County
Civil Case No. PJM 11-1329

DATE: June 27, 2014

\* \* \*

This confirms the discussion at today's teleconference. The trial in this case is currently scheduled to begin Tuesday, September 9, 2014 and to continue into the week of Tuesday, September 16, 2014, if necessary. Because of the Court's obligation to be out of the country during the first week, the trial will now begin **Tuesday, September 16, 2014.** If the trial lasts longer than a week, it will continue into the week of **Tuesday, September 23, 2014**. The Court's expectation, however, is that the trial should only last one week, and Counsel should make every effort to limit the trial to that timeframe.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Cc: Court File